# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

PATRICK DEANGELO BRINSON, )
       Plaintiff, )
        )
v. ) Case No. CV412-105
        )
CLARENCE JACKSON, )
LUCRITIA HILL and )
JAMES COOK, )
       Defendants. )

## **REPORT AND RECOMMENDATION**

Proceeding *pro se* and using a 42 U.S.C. § 1983 form complaint, inmate Patrick DeAngelo Brinson sues his jailers for excessive force. Doc. 1. He alleges that he was wrongly suspected of possessing a forbidden cell phone and that prison official Clarence Jackson "without cause or provocation body slammed me on the concrete floor[,] causing my left pinky finger to become dislocated and split from the nail to the backside of my hand. . . ." Doc. 1 at 6. He also sues Lucritia Hill "as the superintendent whom the officers are instructed by to [sic] confiscated said contraband." *Id.* Finally, he names as a defendant Chief of

Security James Cook, who "is in charge of training the officers of how [sic] to take contraband from Residents." *Id.* He seeks damages. *Id.* at 9.

In a prior Order the Court concluded that Brinson stated an excessive force claim against Jackson, but pled only a general supervisorial liability (hence, legally insufficient) § 1983 claim against Hill and Cook. It thus gave him 14 days to file a curative amendment. Doc. 9. He has failed to comply, so defendants Hill and Cook should be **DISMISSED** from this case and, upon adoption of this Report and Recommendation, the docket caption should be amended accordingly, with all subsequent filings to conform.

**SO REPORTED AND RECOMMENDED,** this 3rd day of October, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA