IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PATRICK BRINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV412-105 |
| ) | |
| CLARENCE JACKSON, ) | |
| Correctional Officer, Coastal ) | |
| Transitional Center; LUCRETIA ) | |
| HILL, Superintendant, Coastal ) | |
| Transitional Center; and ) | |
| JAMES COOK, Correctional ) | |
| Officer, Coastal Transitional ) | |
| Center; ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendants Hill and Cook are **DISMISSED** from this case. Plaintiff's case against Defendant Jackson will proceed.

SO ORDERED this 11th day of January 2013.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA