# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| PATRICK DEANGELO BRINSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLARENCE JACKSON, ) <br> ) <br> Defendant. ) | Case No. CV412-105 |

## REPORT AND RECOMMENDATION

Proceeding *pro se,* Patrick DeAngelo Brinson brought this 42 U.S.C. § 1983 case against his jailers for excessive force. Doc. 1. Litigation pared his case down to just one defendant, Clarence Jackson, who moves to dismiss for failure to prosecute. Doc. 29. The motion, which is otherwise unopposed by operation of S.D. Ga. LR 7.5, should be **GRANTED**.

Brinson has failed to keep the Court informed of his current mailing address despite his continuing duty to do so. S.D. Ga. LR 11.1; *see also* doc. 28. Without a litigant's current mailing address, the Court cannot move the case forward or even communicate with plaintiff. Hence, this

case amounts to no more than dead wood, and the Court has the inherent power to prune the case from its docket.

Accordingly, Clarence Jackson's motion to dismiss (doc. 29) should be **GRANTED**. Plaintiff's complaint, in turn, should be **DISMISSED** without prejudice for his failure to prosecute this action. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this  1st  day of July, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA