IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PATRICK BRINSON,                )
                                )
     Plaintiff,                 )
                                )
v.                              )   CASE NO. CV412-105
                                )
CLARENCE JACKSON,               )
Correctional Officer.,          )
Coastal Transitional Center     )
                                )
     Defendant.                 )
                                )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 30), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Supplemental Motion to Dismiss (Doc. 29) is **GRANTED** and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Defendant's first Motion to Dismiss (Doc. 21) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of September 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA